IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WHITE OAK INDUSTRIES INC. (South Dakota, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CASTER CONNECTION, INC. | ) ) | 1:15CV1020 |
| Defendant, | ) ) | |
| CASTER CONNECTION, INC., | ) ) | |
| Crossclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| WHITE OAK INDUSTRIES INC, (North Carolina) and | ) ) ) | |
| ANTHONY T. HARRELSON, | ) ) | |
| Crossclaim Defendant. | ) | |

**ORDER**

This matter came before the Court for hearing on November 10, 2016 pursuant to Plaintiff and Crossclaim Defendants' Motion to File Settlement Agreement Under Seal. (ECF No. 30.)

For the reasons stated during the November 10, 2016 hearing, Plaintiff and Crossclaim Defendants' Motion to File Settlement Agreement under Seal is DENIED.

This, the 10th day of November, 2016.

                                                /s/ Loretta C. Biggs
                                            United States District Judge